UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN

FILED - GR
October 29, 2020 11:11 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY:JMW  SCANNED BY: ____/____

Billy Lee Rhoads #504915

(Enter above the full names of all plaintiffs, including prisoner number, in this action.)

v. Honorable: Kimberly L. Booher (P52670)
Mecosta County Jail
49th Judicial Circuit Court Of Michigan

(Enter above the full name of the defendant or defendants in this action.)

## COMPLAINT

1:20-cv-1040
Janet T. Neff - U.S. District Judge
Phillip J. Green - U.S. Magistrate Judge

I. **Previous Lawsuits**

**CAUTION:** The Prison Litigation Reform Act has resulted in substantial changes in the ab[ility of] individuals to initiate lawsuits in this and other federal courts without prepayment of the ci[vil filing fee]. Accurate and complete responses are required concerning your litigation history. Generally, a plaintiff's failure to accurately and completely answer the questions set forth below will result in denial of the privilege of proceeding *in forma pauperis* and require you to pay the entire $400.00 filing fee regardless of whether your complaint is dismissed.

A. Have you ever filed a lawsuit while incarcerated or detained in any prison or jail facility? Yes ☒ No ☐

B. If your answer to question A was yes, for each lawsuit you have filed you must answer questions 1 through 5 below. Attach additional sheets as necessary to answer questions 1 through 5 below with regard to each lawsuit.

1. Identify the court in which the lawsuit was filed. If it was a state court, identify the county in which the suit was filed. If the lawsuit was filed in federal court, identify the district within which the lawsuit was filed.

   Western District of Michigan Federal Court

2. Is the action still pending? Yes ☒ No ☐

   a. If your answer was no, state precisely how the action was resolved: _____

3. Did you appeal the decision? Yes ☒ No ☐

4. Is the appeal still pending? Yes ☒ No ☐

   a. If not pending, what was the decision on appeal? _____

5. Was the previous lawsuit based upon the same or similar facts asserted in this lawsuit? Yes ☐ No ☒

   If so, explain: _____

II. **Place of Present Confinement** Mecosta County Jail, 225 South Stewart Ave
Big Rapids Michigan. 49507

If the place of present confinement is not the place you were confined when the occurrence that is subject of instant lawsuit arose, also list the place you were confined: _____

-1-

III. **Parties**

  A. Plaintiff(s)

  Place your name in the first blank and your present address in the second blank. Provide the same information for any additional plaintiffs. Attach extra sheets as necessary.

  Name of Plaintiff __Billy Lee Rhoads #504915__
  Address __225 S. Stewart Ave, Big Rapids Mi. 49307__

  B. Defendant(s)

  Complete the information requested below for each defendant in this action, including whether you are suing each defendant in an official and/or personal capacity. If there are more than four defendants, provide the same information for each additional defendant. Attach extra sheets as necessary.

  Name of Defendant #1 __Kimbery L. Booher - (P52670)__
  Position or Title __Judge, Honorable, Circuit Court Judge__
  Place of Employment __49th Judicial Circuit Court of Michigan__
  Address __400 Elm, Room 105 Big Rapids Michigan. 49307__
  Official and/or personal capacity? _____

  Name of Defendant #2 __Mecosta County Jail__
  Position or Title __Mecosta County Jail__
  Place of Employment __Mecosta County Jail__
  Address __225 South Stewart Ave Big Rapids Mich 49307__
  Official and/or personal capacity? __Official__

  Name of Defendant #3 __49th Judicial Circuit Court Of Michigan__
  Position or Title __49th Judicial Circuit Court__
  Place of Employment __Mecosta County Courts / 49th Judicial Circuit Court__
  Address __400 Elm, Room 105 Big Rapids, Michigan. 49307__
  Official and/or personal capacity? _____

  Name of Defendant #4 _____
  Position or Title _____
  Place of Employment _____
  Address _____
  Official and/or personal capacity? _____

  Name of Defendant #5 _____
  Position or Title _____
  Place of Employment _____
  Address _____
  Official and/or personal capacity? _____

IV. **Statement of Claim**

State here the **facts** of your case. Describe how each defendant is personally involved. Include also the names of other persons involved, dates and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need. Attach extra sheets if necessary.

Claim ①  On 09-19-2020 Saturday My Aunt passed Away for on going breast cancer her Name is Rosely Mitchelle. I Asked Hon Kimberly L. Booher for a ferlow She denied 2 Motions and 2 Ferlow's Cause who I am as a person as cause my Race the Court's Let two other Inmate's out before this on ferlow's because they are different Race other then white. One Inmate was the name of David Allen Gunnink and Inmate was Name of Jay Allen Manning both let out on a teather ferlow to see their family their Race was other then white. I've lost a few family Members since I've been locked up. The People who work at the Jail in the County have been treating me differnt since the word leaked out that I have Other Case's on them for other Matters I have with the Court's.

Claim ②  The Jail has opened legal mail from the Courts from United States District Court Federal Building

BillyLeeRhoads

Billy [signature]

Witness X [signature]

David Gunnink

-3-                                                              (Last Revised: June 2013)

## V. Relief

State briefly and precisely what you want the court to do for you.

① Sume of $1.5 million if taking to trial
② Sume of $250,000.00 if out of court
③ I feel I'm going to be a target when released like other people the County voilates people for No Reason
④ Justice for future case's alike low class felonies to prevent further heartache and injustice for people like me
⑤ I'm scared for my freedom when I get let out

10-26-2020                                Billy R Koreni
Date                                      Signature of Plaintiff

### NOTICE TO PLAINTIFF(S)

The failure of a *pro se* litigant to keep the court apprised of an address change may be considered cause for dismissal.

(Last Revised: June 2013)



Billy Lee Rhoads # 504915 MDOC#
225 South Stewart Ave
Big Rapids, Mich.
49307

This Correspondence Is From An Inmate At The Mecosta County Jail

Office Of The Clerk
United State's District Court
399 Federal Building
110 Michigan N.W.
Grand Rapids, Mich. 49503